

In The
Court of Appeals
Seventh District of Texas at Amarillo

No. 07-22-00313-CV

VERNESSA DAVIS, APPELLANT

V.

CROSSROADS AT ARLINGTON, APPELLEE

On Appeal from the County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2022-002992-1, Honorable Don Pierson, Presiding

March 20, 2023

MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Vernessa Davis, proceeding pro se, appeals from the trial court's *Final Default Judgment*.[1]  Davis's brief was due February 9, 2023, but was not filed.  By letter of February 17, 2023, we notified Davis that the appeal was subject to dismissal for want

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.

of prosecution, without further notice, if a brief was not received by February 27.  To date, Davis has neither filed a brief nor had any further communication with this Court.

Accordingly, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam